UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RALPH Y. ROBINSON,

      Plaintiff,

    v.            No. 24-cv-4960 (RA)

UNITED STATES OF AMERICA and LOU  ORDER
LOMBADO,

      Defendants.

RONNIE ABRAMS, United States District Judge:

  On December 9, 2024, Defendants sought to stay discovery pending resolution of their motion to dismiss. Defendants also asked to adjourn the parties' December 13, 2024 filing deadline and December 20, 2024 conference *sine die*. Plaintiff has consented to these requests. The applications are granted.

  Plaintiff has also requested an extension of his time to file his opposition to Defendants' motion to dismiss, ECF No. 21. That application is granted as well. Plaintiff's opposition shall be filed by January 8, 2025.

  On December 6, 2024, Plaintiff filed another letter addressed to this Court, ECF No. 22. Because this letter does not appear to contain a specific request for this Court to resolve, the Court will not issue a ruling on it.

  Finally, Plaintiff is advised that if he seeks legal assistance he may consult with the Civil Bar Justice Center's clinic for *pro se* litigants by visiting its website at www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org. This clinic, which is neither part of nor run by the Court, assists *pro se* litigants with federal civil cases before this Court.

The Clerk of Court is respectfully directed to close the motion pending at ECF No. 23 and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   December 11, 2024
          New York, New York

                                      Hon. Ronnie Abrams
                                      United States District Judge